ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: Arthur.Cunningham@lewisbrisbois.com
KAYLEIGH A. ANDERSEN, SB# 306442
  E-Mail: Kayleigh.Andersen@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant
DEPUTY DENNIS PLETA

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JEREMY M. KASHKARI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RIVERSIDE COUNTY SHERIFF DEPT., et al.<br><br>　　　　Defendants. | CASE NO. EDCV-18-02591-PA (KES)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

1. The Complaint, in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice.

2. The settlement is further memorialized in a written settlement agreement and release.

3. The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

4. This Order is the result of a compromise of a disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

~~5. The Court shall retain jurisdiction for the purpose of enforcement of the terms of the settlement agreement between the parties.~~

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: March 19, 2020

By: *Karen E. Scott*
Hon. Karen E. Scott
United States Magistrate Judge

LEWIS
BRISBOIS